

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | |
| Elmer Moises Mendez Ayu DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __April 29__, __2025__, at __2:00__ ☐ a.m. / ☑ p.m. before the Honorable __Eick__, in Courtroom __750__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __4/24/25__

_____
U.S. District Judge/Magistrate Judge